## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| 1-800 Radiator Franchise, Inc. | ) | |
|     Plaintiffs | ) | Case No: 12 C 8554 |
| | ) | |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| DeBlas Auto Repair, Inc., et al. | ) | |
|     Defendant | ) | |
| | ) | |

## ORDER

The Court, having considered all written materials submitted, and oral arguments made by all parties, hereby enters a final order and judgment against Deblas Auto Repair, Inc., imposing a permanent injunction and imposing attorney fees and costs as follows:

JUDGMENT is entered against Deblas Auto Repair, Inc. in the amount of $94,331.68.

1-800 Radiator Franchise, Inc.'s request for permanent injunction against Deblas Auto Repair, Inc. is GRANTED.

(T:)

## STATEMENT

Deblas Auto Repair, Inc. its agents, servants and employees and those people in active concert or participation with it are permanently enjoined from: 1.Using the Marks or any trademark, service mark, logo or trade name that is confusingly similar to the Marks, including the Mark 1-800 Radiator®, and any variation thereof; 2.Otherwise infringing the Marks or using any similar designation, alone or in combination with any other components; 3.Passing off any of their products or services as those of RFI and/or its authorized franchisees; 4.Causing a likelihood of confusion or misunderstanding as to the source or sponsorship of their business, products, or services as being RFI and/or its authorized franchisees; and 5.Causing a likelihood of confusion or misunderstanding as to their affiliation, connection or association with RFI and/or its authorized franchisees or any of RFI's products or services.

Deblas Auto Repair, Inc. is also permanently enjoined from, directly or indirectly, as owner, officer, director, employee, agent, lender, broker, consultant, franchisee, or in any other similar capacity whatsoever, along with those persons in active concert or participation with them, from engaging in the retail or wholesale production or sale of auto parts offered by RFI within fifty (50) miles, as the crow flies, from the location with the address 9818 West Grand Avenue, Franklin Park, Illinois 60131.

Deblas Auto Repair, Inc. shall provide RFI with all documents related to the business operations of Deblas Auto Repair, Inc., Deblas Cool Heats, Cool Heats West, Franklin Park Cool Heats West, The Radiator & A/C Store DBA Cool Heat West or any other business acting in concert with the Defendants. Such documents shall include, but are not limited to: 1.A listing of all inventory owned or controlled by Deblas Auto Repair, Inc. as of September 28, 2012, 2. all inventory acquired since September 28, 2012, and a listing of all inventory owned or controlled by Deblas Auto Repair, Inc. as of the date of this order; 3..Documents referencing sales made or attempted or other disposition of inventory by Deblas Auto Repair, Inc. or those in active concert with them since September 28, 2012. The aforementioned documents shall include receipts, invoices, purchase orders, bills of lading, and shipping documents; 4. Documents evidencing the financial position of Deblas Auto Repair, Inc. as of September 28, 2012 and as of the date of this order. Such documents shall include balance sheets, income statements, statements of cash flows, tax returns for 2012 and 2013, and bank records.

Deblas Auto Repair, Inc. shall deliver to RFI (at Defendants' sole expense) all labels, signs, prints, packages, labels, logo items, and advertisements in the possession of the Defendants, their affiliates, subsidiaries, officers, agents, servants and employees, along with those people in active concert or participation with them, bearing RFI's Trademarks, or identifying Deblas Auto Repair, Inc. as being in the business of selling the same or similar products sold by an RFI franchisee, whether at wholesale or retail;4.Deblas Auto Repair, Inc. shall eliminate -- at their sole expense --their advertising (a) identifying Deblas Auto Repair, Inc. as being in the business of selling the same or similar products sold by an RFI franchisee, whether at wholesale or retail; or (b) under RFI's trademarks or any other confusingly similar designations. Such advertising includes the signs at or near the Defendants' physical location at 9818 Grand Avenue, Franklin Park, IL and from all media including, but not limited to, newspapers, flyers, coupons, promotions, signs, telephone books, telephone directory assistance listing, internet postings; and mass mailings.

Date:  September 25, 2013    /s/ Sharon Johnson Coleman
                                                     United States District Court Judge